**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Abdul RAZAQ NAEEM, Defendant– Appellant.**

No. 99–50441.

D.C. No. CR–97–00015–RT.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 11, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Abdul Razaq Naeem appeals his conviction and 60–month sentence imposed after his jury trial for arson, in violation of 18 U.S.C. § 844(i).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Naeem has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Naeem has filed a pro se supplemental brief raising two issues.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issues warranting review. Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is

AFFIRMED.

---

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.